IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-02519-CMA-MEH

EPCO HOLDINGS, INC.,

    Plaintiff,

v.

ENSERCA, LLC, and
ENSERCA ENGINEERING, LLC,

    Defendants and Third-Party Plaintiffs,

v.

MANUEL GALLEGOS, and
SIERRA CONSULTING GROUP, INC.,

    Third-Party Defendants.

ANDREW FRANKS, and
AFENERGY, LLC,

    Interested Parties.

## ORDER OF ADMINISTRATIVE CLOSURE

This matter is before the Court *sua sponte*. Upon review of the minutes for a Status Conference held before Magistrate Judge Hegarty on October 26, 2010 (Doc. # 7), the Clerk of the Court is instructed to ADMINISTRATIVELY CLOSE this case.

DATED: October 26, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge