IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02519-CMA-MEH

EPCO HOLDING, INC.,

    Plaintiff,

v.

ENSERCA, LLC, and
ENSERCA ENGINEERING, LLC,

    Defendants and Third Party Plaintiffs,

v.

MANUEL GALLEGOS, and
SIERRA CONSULTING GROUP, INC.,

    Third Party Defendants.

ANDREW FRANKS, and
AFENERGY, LLC,

    Interested Parties.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 22, 2010.**

    Petitioners Enserca LLC and Enserca Engineering, LLC's Motion for Leave to File Amended Response to Andrew Franks' Motion to Quash Subpoena to Produce Documents [filed December 21, 2010; docket #20] and Motion for Leave to File Amended Response to AFEnergy's Motion to Quash Subpoena to Produce Documents [filed December 21, 2010; docket #21] are **granted**. In the interests of justice and a complete record of briefing, the Court directs the Clerk of Court to enter the Amended Responses located at dockets ##20-1 and 21-1. The interested parties may submit their replies on or before **January 6, 2011**.

    The Unopposed Motion for Extension of Time to File Responses . . . [filed December 14, 2010; docket #16] is **denied as moot**.