IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02519-CMA-MEH

EPCO HOLDING, INC.,

Plaintiff,

v.

ENSERCA, LLC, and
ENSERCA ENGINEERING, LLC,

Defendants and Third Party Plaintiffs,

v.

MANUEL GALLEGOS, and
SIERRA CONSULTING GROUP, INC.,

Third Party Defendants.

ANDREW FRANKS, and
AFENERGY, LLC,

Interested Parties.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 23, 2011.**

The Stipulated Motion to Withdraw as Moot Motion to Quash Subpoena to Produce Documents concerning non-party AFEnergy, LLC [filed February 22, 2011; docket #30] and the Stipulated Motion to Withdraw as Moot Motion to Quash Subpoena to Produce Documents concerning non-party Andrew Franks [filed February 22, 2011; docket #31] are **granted**. The Interested Party AFEnergy, LLC's Motion to Quash [filed November 21, 2010; docket #9] and Interested Party Andrew Franks' Motion to Quash [filed November 21, 2010; docket #10] are hereby **withdrawn**. The hearing on the motions scheduled for February 25, 2011, is **vacated**.